PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNION HOME MORTGAGE CORP., | ) | |
| | ) | CASE NO. 4:21CV0385 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ERIK CROMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

    The Court was informed by the Non-document Order, dated February 1, 2023, that the parties settled this case prior to the in-person mediation conference set for February 3, 2023 before Magistrate Judge Jonathan D. Greenberg. Therefore, the docket shall be marked "settled and dismissed without prejudice."

    On or before February 10, 2023 at 5:00 p.m. EST, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

    The Final Pretrial Conference set for June 21, 2023, and the Bench Trial set on July 17, 2023, are cancelled.

    IT IS SO ORDERED.

| | |
|---|---|
|   February 1, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |