Approved.
/s/ *Benita Y. Pearson* on 2/16/2023
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNION HOME MORTGAGE CORP.,** | : |
| **Plaintiff,** | : Case No. 4:21-cv-00385 |
| v. | : JUDGE BENITA Y. PEARSON |
| ***ERIK CROMER** et al.*, | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As this Court is aware, Plaintiff Union Home Mortgage, Inc. and Defendant Homeside Financial, LLC d/b/a Lower settled this matter prior to an in-person mediation conference scheduled for February 3, 2023 before Magistrate Judge Jonathan D. Greenberg. Subsequently, the parties entered into a settlement agreement formalizing the agreed settlement terms. As referenced in the Court's February 1, 2023 Order (ECF No. 77), the parties jointly move the Court under Fed. R. Civ. P. 41(a)(2) to dismiss this matter with prejudice.

Dated: February 16, 2023                                       Respectfully submitted,

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

75231919v1

**AGREED:**

*/s/ David K. Stein*
David K. Stein (0042290)
dstein@taftlaw.com
David C. Roper (0099782)
droper@taftlaw.com
TAFT STETTINIUS & HOLLISTER, LLP
41 S High Street, Suite 1800
Columbus, OH 43215
Phone: (614) 221-2838
Fax: (614) 221-2007

*Attorneys for Defendant Homeside Financial, LLC*

*/s/ Jason T. Clagg*
Jason T. Clagg (0097303)
jason.clagg@btlaw.com
BARNES & THORNBURG LLP
888 S Harrison Street, Suite 600
Fort Wayne, IN 46802
Phone: (260) 423-9440
Fax: (260) 424-8316

Paul N. Garinger (0079897)
paul.garinger@btlaw.com
41 S High Street, Suite 3300
Columbus, OH 43215
Phone: (614) 628-0096
Fax: (614) 628-1433

*Attorneys for Plaintiff Union Home Mortgage Corp.*